UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
ALTA PARTNERS, LLC, :
:
                       Plaintiff, :         23-CV-2647 (JMF)
:
      -v- :         <u>ORDER</u>
:
FORGE GLOBAL HOLDINGS, INC., :
:
                       Defendant. :
:
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      In light of Defendant's new motion to dismiss, *see* Docket No. 22, Defendant's earlier motion to dismiss filed at Docket No. 15 is hereby DENIED as moot. Plaintiff's opposition to the new motion to dismiss is due by **July 26, 2023**. Defendant's reply, if any, is due by **August 2, 2023**.

      The Clerk of Court is directed to terminate Docket No. 15.

      SO ORDERED.

Dated: July 13, 2023
       New York, New York

                                                             JESSE M. FURMAN
                                            United States District Judge